**DISMISS; and Opinion Filed May 29, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00557-CV**

**CITY OF MCKINNEY, TEXAS, Appellant**
**V.**
**OH SKYLINE/380, L.P., ET AL., Appellees**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-02046-2011**

## MEMORANDUM OPINION
Before Justices FitzGerald, Murphy, and Lewis
Opinion Per Curiam

The Court has before it appellant's May 13, 2013 motion to dismiss appeal. We **GRANT**

the motion and **DISMISS** this appeal. TEX. R. APP. P. 42.1(a)(1).

PER CURIAM

130557F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CITY OF MCKINNEY, TEXAS, Appellant

No. 05-13-00557-CV          V.

OH SKYLINE/380, L.P., ET AL., Appellees

On Appeal from the 199th Judicial District Court, Collin County, Texas
Trial Court Cause No. 199-02046-2011.
Opinion delivered per curiam. Justices FitzGerald, Murphy and Lewis sitting for the Court.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellees OH SKYLINE/380, L.P., ET AL. recover their costs of this appeal from appellant CITY OF MCKINNEY, TEXAS.

Judgment entered this 29ᵗʰ day of May, 2013.


/David Lewis/

DAVID LEWIS
JUSTICE

–2–